IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RONNY RAY MCFALL                                                                          PLAINTIFF

V.                                    4:14CV00716 KGB/JWC

SOUTHERN HEALTH
PARTNERS INC., et al                                                                    DEFENDANTS

**ORDER**

Plaintiff Ronny Ray McFall, a former inmate who was incarcerated at the Arkansas Department of Correction, filed this *pro se* complaint, pursuant to 42 U.S.C. § 1983, on December 4, 2014, and was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). On June 10, 2015, Plaintiff filed a change of address notice indicating that he has been released from custody.

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. If Plaintiff wishes to proceed with this lawsuit, he is directed pay the filing fee, or to resubmit an IFP application which reflects his free-world financial status, no later than 30 days after the entry date of this order. Plaintiff's failure to do so will result in the recommended dismissal of this lawsuit.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to forward an IFP application to Plaintiff.

2.      Plaintiff is directed to submit the $350.00 statutory filing fee, or to complete and sign the IFP application, and file it, no later than 30 days after the entry date of this order. Plaintiff's

failure to do so will result in the recommended dismissal of his complaint.

    DATED this 19th day of June, 2015.

                                                                           UNITED STATES MAGISTRATE JUDGE