**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

RONNY RAY MCFALL                                                                                            PLAINTIFF

V.                                              4:14CV00716 KGB/PSH

SOUTHERN HEALTH
PARTNERS INC. and
TIFFANY EICHLER                                                                                          DEFENDANTS


**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Ronny Ray McFall, who was formerly held at the Saline County Jail, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on December 4, 2014.  On August 20, 2015, after mail sent to plaintiff at his address of record was returned as undeliverable, the Court entered an order directing plaintiff to file a notice of his current mailing address within 30 days, and warning him that his failure to do so would result in the recommended dismissal of his complaint (docket entry 40). More than 30 days have passed, plaintiff has not responded to the order, and mail sent to plaintiff's address of record continues to be returned.  Plaintiff is not listed as a current inmate on the public

websites for the Arkansas Department of Correction or the Federal Bureau of Prisons. Under these circumstances, the Court concludes that plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE