**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RONNY RAY MCFALL**                                                                            **PLAINTIFF**

**v.**                                        **Case No. 4:14-cv-000716-KGB-PSH**

**SOUTHERN HEALTH PARTNERS, INC.,** *et al.*                                **DEFENDANTS**

<u>**ORDER**</u>

The Court has received Proposed Findings and Recommendation from United States Magistrate Judge Patricia Harris (Dkt. No. 44).  No objections were filed, and the time for filing objections has passed.  After careful review of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, this case is dismissed without prejudice under Local Rule 5.5(c)(2) for failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this dismissal would not be taken in good faith.

SO ORDERED this 7th day of January, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE